Case 4:17-cv-02478   Document 23   Filed on 01/16/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 16, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN M. BURGAN, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:17-CV-02478 |
| SIERRA PETROLEUM SERVICES, LLC, *et al*, | § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed December 4, 2018, (Doc # 22), it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 01/16/2019.

_____
The Honorable Alfred H. Bennett
United States District Judge